United States Bankruptcy Court

Northern District of California

In re:

Jose Antonio Montejano
    Debtor

Case No. 26-10473-WJL

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-1 | User: admin | Page 1 of 4
Date Rcvd: Jun 23, 2026 | Form ID: 309A | Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Antonio Montejano, 2375 Santa Rosa Ave, Santa Rosa, CA 95407-6213 |
| 15920035 | | CFNA, Attn: Bankruptcy, BK11 Customer Service, Cleveland, OH 44181-0315 |
| 15920029 | | Capital One Auto Finance, Capital, 1 Auto Finance Attn Bankruptcy 7933 Pres, Plano, TX 75024-2302 |
| 15920031 | | Capitalone, Capital, 1 Attn Bankruptcy, Charlotte, NC 28201-1330 |
| 15920036 | | Citibank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15920038 | | Comenity Capital Bank Burlingt, Greenville, SC 29602 |
| 15920060 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 15920072 | | Surge Celtic Bank, Greenville, SC 29602 |
| 15920074 | | Synchrony Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15920080 | | Vca Antech Inc Care Club, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15920082 | + | Vivianna DiBello, 2375 Santa Rosa Ave, Santa Rosa, CA 95407-6213 |
| 15920083 | | WEBBANK AVANT, Greenville, SC 29602 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: evanmlivingstone@gmail.com | Jun 24 2026 00:41:00 | Evan Livingstone, Law Office of Evan Livingstone, 2585 Sebastopol Rd, Ste Unit 7265, Santa Rosa, CA 95407 |
| tr | + | Email/Text: paul.mansdorf@txitrustee.com | Jun 24 2026 00:41:00 | Paul Mansdorf, 1569 Solano Ave. #703, Berkeley, CA 94707-2116 |
| smg | | EDI: EDD.COM | Jun 24 2026 04:41:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 24 2026 04:41:00 | CA Franchise Tax Board, Bankruptcy Group, P.O. Box 2952, Sacramento, CA 95812-2952 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jun 24 2026 00:41:00 | Office of the U.S. Trustee / SR, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| 15920021 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 24 2026 00:40:28 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15920020 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 24 2026 00:52:20 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15920022 | | Email/Text: BNBSB@capitalsvcs.com | Jun 24 2026 00:41:00 | Bryant State Bank, PO Box 5161, Sioux Falls, SD 57117-5161 |
| 15920023 | | Email/Text: BNBSB@capitalsvcs.com | Jun 24 2026 00:41:00 | Bryant State Bank, Attn: Bankruptcy Dept, PO Box 215, Bryant, SD 57221-0215 |
| 15920025 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 24 2026 00:41:20 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA |

Case: 26-10473   Doc# 11   Filed: 06/25/26   Entered: 06/25/26 21:16:08   Page 1 of 6

| | | | |
|---|---|---|---|
| | | | 91411-2532 |
| 15920024 | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 24 2026 00:41:20 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15920034 | EDI: CRFRSTNA.COM | Jun 24 2026 04:41:00 | CFNA, PO Box 81315, Cleveland, OH 44181-0315 |
| 15920027 | EDI: CAPITALONE.COM | Jun 24 2026 04:41:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15920026 | EDI: CAPITALONE.COM | Jun 24 2026 04:41:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15920028 | EDI: CAPONEAUTO.COM | Jun 24 2026 04:41:00 | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 15920030 | EDI: CAPITALONE.COM | Jun 24 2026 04:41:00 | Capitalone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15920032 | + Email/Text: bankruptcy@cavps.com | Jun 24 2026 00:41:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 15920033 | Email/Text: bankruptcy@cavps.com | Jun 24 2026 00:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 15920037 | EDI: PRA.COM | Jun 24 2026 04:41:00 | Citibank N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15920039 | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2026 00:40:28 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15920040 | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2026 00:40:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15920041 | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2026 00:41:00 | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15920042 | ^ MEBN | Jun 24 2026 00:36:50 | Curacao, 1605 W Olympic Blvd, Los Angeles, CA 90015-3808 |
| 15920043 | ^ MEBN | Jun 24 2026 00:36:50 | Curacao, Attn: Bankruptcy, 1605 W Olympic Blvd Ste 600, Los Angeles, CA 90015-3860 |
| 15920045 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2026 00:40:23 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15920044 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2026 00:40:32 | Cws/cw Nexus, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15920047 | EDI: DISCOVER | Jun 24 2026 04:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15920046 | EDI: CAPITALONE.COM | Jun 24 2026 04:41:00 | Discover Financial, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15920048 | Email/Text: BNSFN@capitalsvcs.com | Jun 24 2026 00:41:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15920049 | Email/Text: BNSFN@capitalsvcs.com | Jun 24 2026 00:41:00 | First National Bank/Legacy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15920051 | Email/Text: BNSFS@capitalsvcs.com | Jun 24 2026 00:41:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 15920050 | Email/Text: BNSFS@capitalsvcs.com | Jun 24 2026 00:41:00 | First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 15920053 | Email/Text: BNSFS@capitalsvcs.com | Jun 24 2026 00:41:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 15920052 | Email/Text: BNSFS@capitalsvcs.com | Jun 24 2026 00:41:00 | First Savings Bank/Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 15920054 | EDI: AMINFOFP.COM | Jun 24 2026 04:41:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD |

Case: 26-10473   Doc# 11   Filed: 06/25/26   Entered: 06/25/26 21:16:08   Page 2 of 6

| | | | |
|---|---|---|---|
| | | | 57107-0145 |
| 15920055 | EDI: AMINFOFP.COM | | |
| | | Jun 24 2026 04:41:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 15920056 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920057 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920058 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | Kay Jewelers, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920059 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | Klarna Credit, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920061 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 24 2026 00:52:14 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 15920064 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | MILESTONE MC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920062 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 24 2026 00:41:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15920063 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 24 2026 00:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15920067 | EDI: PRA.COM | | |
| | | Jun 24 2026 04:41:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15920068 | EDI: PRA.COM | | |
| | | Jun 24 2026 04:41:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15920065 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | Petal Card, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920066 | EDI: PRA.COM | | |
| | | Jun 24 2026 04:41:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15920069 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | Prosper Card, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920070 | Email/Text: Bankruptcy@redwoodcu.org | | |
| | | Jun 24 2026 00:41:00 | Redwood Credit Union, 3033 Cleveland Ave, Santa Rosa, CA 95403-2126 |
| 15920071 | Email/Text: Bankruptcy@redwoodcu.org | | |
| | | Jun 24 2026 00:41:00 | Redwood Credit Union, Attn: Bankruptcy, 3033 Cleveland Ave, Santa Rosa, CA 95403-2126 |
| 15920073 | Email/Text: bankruptcy@cavps.com | | |
| | | Jun 24 2026 00:41:00 | Synchrony Bank, 1 American Ln, Greenwich, CT 06831-2560 |
| 15920075 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | T-Mobile, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920076 | EDI: WTRRNBANK.COM | | |
| | | Jun 24 2026 04:41:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 15920077 | EDI: WTRRNBANK.COM | | |
| | | Jun 24 2026 04:41:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15920079 | EDI: CBS7AVE | | |
| | | Jun 24 2026 04:41:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15920078 | EDI: CBS7AVE | | |
| | | Jun 24 2026 04:41:00 | The Swiss Colony/Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15920081 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:41:00 | VERIZON WIRELESS, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15920085 | EDI: WFFC2 | | |

|  |  | Jun 24 2026 04:41:00 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
|---|---|---|---|
| 15920084 | EDI: WFFC2 | Jun 24 2026 04:41:00 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 60

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan Livingstone | on behalf of Debtor Jose Antonio Montejano evanmlivingstone@gmail.com  evanlivingstone@ecf.courtdrive.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Mansdorf | paul@mansdorftrustee.com  Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com |

TOTAL: 3

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Jose Antonio Montejano | Social Security number or ITIN: | xxx–xx–3825 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: | | Social Security number or ITIN: _ _ _ _ | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | California Northern Bankruptcy Court | Date case filed for chapter: | 7    6/22/26 |
| Case number: | 26–10473 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

1300 Clay Street, Suite 300
Oakland, CA 94612

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jose Antonio Montejano | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2375 Santa Rosa Ave<br>Santa Rosa, CA 95407 | |
| 4. | **Debtor's attorney**<br>Name and address | Evan Livingstone<br>Law Office of Evan Livingstone<br>2585 Sebastopol Rd<br>Ste Unit 7265<br>Santa Rosa, CA 95407 | Contact phone 707–280–2791 |
| 5. | **Bankruptcy trustee**<br>Name and address | Paul Mansdorf<br>1569 Solano Ave. #703<br>Berkeley, CA 94707 | Contact phone (510) 526–5993<br>Email: paul@mansdorftrustee.com |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case online at https://pacer.uscourts.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612 | Hours open:<br>Monday – Friday 9:00 am to 4:00 pm<br><br>Contact phone: (888) 821–7606<br><br>Date: 6/23/26 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| 7. | Meeting of creditors | **July 22, 2026 at 09:30 AM** | **Location:** |
| --- | --- | --- | --- |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 954 489 7199, and Passcode 6761511473, OR call 1–510–585–4344**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 6 and served by mail on the trustee at the address above in box 5.

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
| --- | --- | --- |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/21/26** |
| --- | --- | --- | --- |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| --- | --- | --- |
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| --- | --- | --- |

| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| --- | --- | --- |